NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


DAVID ALEXANDER BRUNSON,          )
                                  )
          Appellant,              )
                                  )
v.                                )          Case No. 2D18-1720
                                  )
STATE OF FLORIDA,                 )
                                  )
          Appellee.               )
_____  )

Opinion filed September 25, 2019.

Appeal from the Circuit Court for
Hillsborough County; Christopher C.
Sabella, Judge.

Howard L. Dimmig, II, Public Defender, and
David B. Falstad, Special Assistant Public
Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Elba Caridad Martin-
Schomaker, Assistant Attorney General,
Tampa, for Appellee.


PER CURIAM.


          Affirmed.


SLEET, SALARIO, and BADALAMENTI, JJ., Concur.